**Order entered June 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00691-CV

### ROBERT RAMIREZ, Appellant

### V.

### MARTIN SALAMANCA, DEADHEAD PROPANE GAS, INC., ET AL., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10069**

## ORDER

Based on the record before us, we **GRANT** appellant's June 2, 2014 motion to extend time to file notice of appeal. Appellant's May 30, 2014 notice of appeal is considered timely for jurisdictional purposes.

/s/     ELIZABETH LANG-MIERS
        JUSTICE